IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FIFTH THIRD BANK NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| COAST TO COAST IMPORTS, LLC, STEIN INVESTMENTS, LLC, ANDY STEIN, AW STEIN, INC., and COAST TO COAST GLOBAL, LLC | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:24-cv-02596

**AFFIDAVIT OF LAWRENCE PERKINS IN SUPPORT OF THE EMERGENCY VERIFIED MOTION TO APPOINT RECEIVER**

I, Lawrence Perkins, being duly cautioned and sworn, state as follows:

1. I am Lawrence Perkins, a partner with Sierra Constellation Partners ("SCP"), with offices at 101 Creekside Crossing Suite 1700-388, Brentwood, TN 37027.

2. I have been employed by SCP since January, 2013.

3. In my role as a partner at SCP, I provide interim management, operational and financial advisory services to underperforming companies and companies in transition.

4. Coast to Coast Imports, LLC ("CCI") is an international distributor and wholesaler of furniture. CCI's operations include a distribution facility in Memphis, Tennessee located at 1709, 1711, 1721, 1769 Latham Street, Memphis, Tennessee 38106.

5. CCI partners with suppliers primarily located, but not exclusively in, China, Vietnam, and India for its products.

6. Stein Investment, LLC owns the distribution facility located at 1709, 1711, 1721 and 1769 Latham Street, Memphis, Tennessee, 38106 which is also part of the Plaintiff's collateral.

7. Stein Investments has failed to pay the real estate taxes assessed against the distribution facility for the years 2023-2024.

8. Borrowers are unable to repay all amounts due and owing to the Plaintiff pursuant to the Loan Documents.

9. The Borrowers are unable to meet their monetary obligations as they come due.

10. Plaintiff's Collateral is continuing to decline in both quantity and value.

11. Attached hereto as Exhibit "1" is a true and correct copy of my Curriculum Vitae.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2024

By:_____
Name: Lawrence Perkins
Title: Partner
Sierra Constellation Partners

0106586.0791000   4880-5338-3380v6

# EXHIBIT 1

# LAWRENCE PERKINS BIOGRAPHY

**Lawrence Perkins, Founder & CEO**

Lawrence Perkins, Founder and Chief Executive Officer of SierraConstellation Partners (SCP), has over 25 years of management consulting and advisory experience with companies undergoing transition. As an interim leader, financial advisor, and strategic partner, Lawrence has led complicated projects for numerous companies.

Lawrence has served in various senior-level positions, including Interim CEO/President, Chief Restructuring Officer, Board of Directors Member, Financial Advisor, and Strategic Consultant to numerous middle-market companies. He is particularly skilled at assisting clients through bet-the-company situations.

Before founding SCP, Lawrence was a Senior Managing Director and regional leader of a national consulting firm responsible for business development, marketing, staffing, and general management of the firm's western region. Lawrence joined the firm in 2010 when it acquired El Molino Advisors, a company he founded in January 2007 and led as the CEO.

Lawrence began his career in Arthur Andersen's strategic consulting group after graduating from the University of Southern California Marshall School of Business. He is currently on the boards of several non-profits and multiple corporate boards and is a member of the Young Presidents Organization.

Lawrence is the author of the Amazon bestseller *Don't Be A Stranger*, where he explores the secrets of strategic relationship building. He provides personal advice on creating luck in business by offering techniques to help readers develop their own enriching community.

In 2023, Lawrence received the Global M&A Network's Top 100 Restructuring Professionals' "Distinction in Dealmaking" Award, while SCP received their coveted Boutique Turnaround Consulting Firm of the Year Award.

Additionally, Lawrence has led deal teams that have been recognized by top-tiered industry organizations, including:

- Global M&A Network's 15th Annual Turnaround Atlas Award, Chapter 11 Restructuring of the Year for NewAge, 2023
- The M&A Advisor's 17th Annual Turnaround Award for the Sec. 363 Sale of The One in Bel Air, 2023
- Global M&A Network's 14th Annual Turnaround Atlas Awards, Private Equity Acq Deal of the Year for Metco Landscape, 2022
- The 15th Annual M&A Advisor's Turnaround Award under the category of 'Information Technology Deal of the Year' for Wave Computing, 2021
- The M&A Advisor's 15th Annual Turnaround Award, Information Technology Deal of the Year for Wave Computing, Inc., 2021
- The M&A Advisor's 12th Annual Turnaround Distressed M&A Deal of the Year for the Chapter 11 Sale of Katy Industries, 2017

A few noteworthy engagements include:

- Served as financial advisor to an international manufacturer/designer of apparel under several different brands that sold through wholesale, company retail stores, and a proprietary e-commerce

platform.  SCP worked to maximize working capital and provide an adequate runway to guide a private restructuring out of court and inject capital into the Company to execute the turnaround plan further.

- Served as interim CEO and CRO to a publicly traded industrial products company with operations throughout the United States.  Was responsible for stabilizing operations, identifying strategic alternatives, and ultimately executing the restructuring of the Company.  SCP successfully identified the ultimate buyer and helped negotiate and structure the transaction with the assistance of an international investment bank.

- Served as interim management to a venture-backed solar system designer and installer.  Worked with the board and CEO to support the successful transaction to a strategic competitor through an out-of-court restructuring.

- Served as CRO to a consumer product manufacturing company, where he operated the business through the restructuring that ultimately yielded a return to investors 300% greater than originally anticipated through the sale of the business.

- Served as CRO to a chain of skilled nursing facilities throughout California that successfully divested its operations to strategic buyers through a second restructuring after it was determined that the first restructuring of the Company was not plausible.

- Served as Financial Advisor to a $120 million privately held telecom provider where he managed day-to-day operations and augmented management through the sale process.