# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:24-cv-02596-SHL-tmp ) |
| COAST TO COAST IMPORTS, LLC, STEIN INVESTMENTS, LLC, ANDY STEIN, AW STEIN, INC., and COAST TO COAST GLOBAL, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO EXTEND RECEIVER'S DEADLINE TO SERVE NOTICE OF APPOINTMENT OF RECEIVER

Before the Court is Receiver's Motion to Extend Receiver's Deadline to Serve Notice of Appointment of Receiver, filed September 18, 2024. (ECF No. 13.) In the motion, Lawrence Perkins, whom the Court previously appointed as the receiver in this matter (see ECF No. 10), requests a thirty-day extension, until November 4, 2024, to serve creditors with the notice of appointment of receiver. Perkins asserts that he has been working diligently to put together a list creditors, but has had difficulty accessing the records that would allow him to meet his October 3, 2024, deadline for serving notice of his appointment upon creditors. (ECF No. 13 at PageID 587.) Perkins indicates that Plaintiff does not oppose the relief sought. Therefore, for good cause shown, the motion is **GRANTED**. The receiver shall have until November 4, 2024, to serve the creditors with the notice of appointment of receiver.

**IT IS SO ORDERED,** this 19th day of September, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE