**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| FIFTH THIRD BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 2:24-cv-02596-SHL-tmp |
| COAST TO COAST IMPORTS, LLC, STEIN INVESTMENTS, LLC, ANDY STEIN, AW STEIN, INC., and COAST TO COAST GLOBAL, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

---

**JUDGMENT AS TO DEFENDANTS COAST TO COAST IMPORTS, LLC;
STEIN INVESTMENTS, LLC; AW STEIN, INC.; AND COAST TO
COAST GLOBAL, LLC**

---

**JUDGMENT BY COURT**.  This action having come before the Court upon the filing of Plaintiff Fifth Third Bank National Association's Complaint on August 20, 2024 (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Amend or Revise Order to Include 54(b) Certification (ECF No. 70) filed April 21, 2026, final judgment is entered against Defendants Coast to Coast Imports, LLC; Stein Investments, LLC; AW Stein, Inc.; and Coast to Coast Global, LLC in the amount of $3,420,181.14.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 22, 2026
Date